UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ELIZABETH ANN HURLEY,<br><br>                Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of Social Security<br><br>                Defendant. | Case No. CV-19-62 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

     IT IS ORDERED AND ADJUDGED:

     1.    Plaintiff's Motion (Doc. 9) is GRANTED;

     2.    The Commissioner's final decision denying Plaintiff's claims for disability insurance benefits is REVERSED and REMANDED for an immediate award of benefits beginning April 10, 2015.

Dated this 9th day of June, 2021.

                                           TYLER P. GILMAN, CLERK

                                           By: /s/ S. Redding_____
                                                      S. Redding, Deputy Clerk